# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Parsons Government Services, Inc. | ) | ASBCA Nos. 61306, 61307 |
| | ) | 61308, 61309 |
| | ) | |
| Under Contract Nos. DACA87-97-D-0008 | ) | |
| DAAA09-03-D-0023 | ) | |
| DE-AC09-02SR22210 | ) | |

APPEARANCES FOR THE APPELLANT:       Kevin J. Slattum, Esq.
                                     Aaron S. Ralph, Esq.
                                       Pillsbury Winthrop Shaw Pittman LLP
                                       Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
                                       DCMA Chief Trial Attorney
                                     Carol L. Matsunaga, Esq.
                                       Trial Attorney
                                       Defense Contract Management Agency
                                       Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 1 March 2018

_____
JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61306, 61307, 61308, 61309, Appeals of Parsons Government Services, Inc., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals